**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Stonebridge Golf Holdings LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **39-2744797**

**4. Debtor's address**

**Principal place of business**

**3 Allison Way**
**Princeton, NJ 08540-8560**
Number, Street, City, State & ZIP Code

**Mercer**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**319 Osprey Ridge Ct. Albany, GA 31721**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) — **https://stonebridgeclub.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________

Debtor **Stonebridge Golf Holdings LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Stonebridge Land Development LLC** Relationship

District **New Jersey** When **7/06/26** Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Stonebridge Golf Holdings LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 6, 2026**
MM / DD / YYYY

*X* **/s/ Brijendera Singh**
Signature of authorized representative of debtor

**Brijendera Singh**
Printed name

Title **Member**

**18. Signature of attorney**

*X* **/s/ Richard D. Trenk**
Signature of attorney for debtor

Date **July 6, 2026**
MM / DD / YYYY

**Richard D. Trenk**
Printed name

**Trenk Isabel Siddiqi & Shahdanian P.C.**
Firm name

**290 W. Mt. Pleasant Avenue**
**Suite 2370**
**Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone **(973) 533-1000** Email address **rtrenk@trenkisabel.law**

**016951982 NJ**
Bar number and State

**RESOLUTION OF SPECIAL MEETING OF**
**MEMBERS OF STONEBRIDGE GOLF HOLDINGS LLC**

I hereby certify that at a duly called and special meeting of Stonebridge Golf Holdings LLC, a Georgia limited liability company (the "**Company**"), held on the 1st day of July 2026, the following Resolutions was proposed and unanimously adopted by all Members present:

> **RESOLVED,** that the aforementioned Company, in view of its financial condition, be and is hereby authorized and directed on behalf of the Company, to file a petition under chapter 11 of the Bankruptcy Code and retain the services of counsel and other professionals, as necessary, for the purposes of preparing, filing, and prosecuting a petition under chapter 11, and to take all steps necessary and related thereto, and that Brijendera Singh, Member of the Company, is hereby authorized to execute the Petition and any other pleadings or documents they deem necessary in connection with the Company's chapter 11 case; and it is further
>
> **RESOLVED,** that Brijendera Singh, Member of the Company, be and hereby is authorized and directed in the name and on behalf of the Company, to prepare, execute, issue, deliver, and/or file any and all such further agreements, certificates, instruments, letters, and pleadings and other documents, and to perform any and all such acts, as they may deem necessary or desirable to effectuate fully the foregoing Resolution; and it is further
>
> **RESOLVED**, that the Company is authorized to retain the law firm of Trenk Isabel Siddiqi & Shahdanian, P.C. to represent the Company in connection with the Chapter 11 filing.

In certification hereof, I do set my hand and seal this 1st day of July, 2026.

**BRIJENDERA SINGH**

Name: Brijendera Singh
Title: Member

**UMESH GORADIA**

/s/ Umesh Goradia

Name: Umesh Goradia
Title: Member

**VZETAERC, LLC**

Paru Gandhi

Name: Paru Gandhi
Title: Manger

**HPNB INVESTMENT LLC**

/s/ Naresh Bhadiyadara

Name: Naresh Bhadiyadara
Title: Managing Member

/s/ Hiren Patel

Name: Hiren Patel
Title: Managing Member

**Fill in this information to identify the case:**

Debtor name **Stonebridge Golf Holdings LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 6, 2026**

*X* ***/s/* Brijendera Singh**
Signature of individual signing on behalf of debtor

**Brijendera Singh**
Printed name

**Member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Stonebridge Golf Holdings LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Academy Sports 1800 North Mason Road ATTN: Legal/Bankruptcy Department Katy, TX 77449** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **ACC Distributors, Inc. P.O. Box 439 Leesburg, GA 31763-0439** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Ace Hardware Corporation 2915 Jorie Blvd. ATTN: Legal/Bankruptcy Department Oak Brook, IL 60523** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Ag Nutrients 4524 Valnorth Drive Valdosta, GA 31602** | | | **Contingent Unliquidated Disputed** | | | **$5,101.00** |
| **Alarms Etc. 210 Long Dirt Road Leesburg, GA 31763** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Albany Auto Tirm 404 W. Roosevelt Ave. Albany, GA 31701** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Albany Beverage Company 1208 Moultire Road Albany, GA 31705** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Albany General Tire Services, Inc. 1006 W. Broad Avenue #1002 Albany, GA 31701** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |

Debtor **Stonebridge Golf Holdings LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMJ Leasing, LLC<br>P.O. Box 26<br>Tifton, GA 31793** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **Ashley's Business Solutions<br>2020 McCormick Dr.<br>Tifton, GA 31794** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **Atkins Petroleum Company<br>307 E. Oglethorpe<br>Albany, GA 31705** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **Beard Equipment Company<br>701 Sandy Springs Rd.<br>Piedmont, SC 29673** | | | **Disputed** | | | **$0.00** |
| **Berkely Management Protection<br>433 South Main Street<br>Suite 200<br>West Hartford, CT 06110** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **Beverage South<br>3900 Pecan Grove Ct.<br>Albany, GA 31701** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **Bulk Aggregate Supply, Inc.<br>2931 Paces Ferry Road SE<br>Atlanta, GA 30339** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$1,249.00** |
| **Bulloch Fertilizer<br>205 W. Main Street<br>Statesboro, GA 30458** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$1,438.00** |
| **Central Pro Supply<br>3451 Val Del Road<br>Valdosta, GA 31602** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$5,455.00** |
| **Ewing Irrigation Products, Inc.<br>3441 E. Harbour Drive<br>ATTN: Legal/Bankruptcy Department<br>Phoenix, AZ 85034** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$1,229.00** |
| **J&J Aquatics Specialist, LLC<br>P.O. Box 3417<br>Lake City, FL 32056** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$998.00** |

Debtor **Stonebridge Golf Holdings LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **O'Reilly Automotive, Inc.<br>233 S. Patterson Ave.<br>Springfield, MO 65802** | | | **Contingent<br>Unliquidated<br>Disputed** | | | **$354.00** |

**Fill in this information to identify the case:**

Debtor name **Stonebridge Golf Holdings LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ **4,000,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ **0.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ **4,000,000.00** |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ **1,010,000.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ **15,824.00** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **1,025,824.00** |

**Fill in this information to identify the case:**

Debtor name **Stonebridge Golf Holdings LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Debtor **Stonebridge Golf Holdings LLC** Case number *(If known)*
Name

☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Various office equipment, golf equipment, and banquet hall furniture** | **Unknown** | | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** **$0.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Various machinery and equipment used in the operation of a golf course and banquet hall** | **Unknown** | | **Unknown** |

Debtor **Stonebridge Golf Holdings LLC** Case number *(If known)*
Name

51. **Total of Part 8.** **$0.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **Lots 86, 87, 88, 112, 113, 114, and 115 of the Second Land District of Dougherty County, Georgia** | | **$4,000,000.00** | | **$4,000,000.00** |

56. **Total of Part 9.** **$4,000,000.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Stonebridge Golf Holdings LLC**
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*.....> | | | $4,000,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. | $4,000,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | $4,000,000.00 |

**Fill in this information to identify the case:**

Debtor name **Stonebridge Golf Holdings LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) ________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Wingate Land & Development, L.L.C.**
Creditor's Name

**P.O. Box 70024**
**Albany, GA 31708**
Creditor's mailing address

**lauren@hallwilliamson.com**
Creditor's email address, if known

**Date debt was incurred**
**June 30, 2025**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real estate and assests as set forth in UCC-1 Filing**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Column A: **$1,010,000.00**
Column B: **$3,602,315.41**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$1,010,000.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lauren H. Williamson, Esq.**<br>**Hall & Williamson P.C.**<br>**216 North Westover Blvd.**<br>**P.O. Drawer 70639**<br>**Albany, GA 31708-0639** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name **Stonebridge Golf Holdings LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Division of Taxation**<br>**124 Halsey Street**<br>**2nd Floor**<br>**Newark, NJ 07102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Georgia Department of Revenue**<br>**2595 Century Parkway**<br>**Atlanta, GA 30345** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**For noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Stonebridge Golf Holdings LLC** Case number (if known)
Name

2.3 Priority creditor's name and mailing address
**Internal Revenue Service**
**Office of the Chief Counsel**
**1 Newark Center**
**Suite 1500**
**Newark, NJ 07102**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.4 Priority creditor's name and mailing address
**Internal Revenue Service**
**Attn: District Director**
**955 S. Springfield Avenue**
**Springfield, NJ 07081**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.5 Priority creditor's name and mailing address
**Internal Revenue Service**
**Special Procedures Branch**
**PO Box 744**
**Springfield, NJ 07081**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.6 Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor **Stonebridge Golf Holdings LLC** Case number (if known)
Name

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| 2.7 | **New Jersey Division of Taxation**<br>**Bankruptcy Section**<br>**PO Box 245**<br>**Trenton, NJ 08695-0245** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**For noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | **Office of the Attorney General**<br>**State of NJ Attn: Bankruptcy Department**<br>**Richard J. Hughes Justice Complex**<br>**25 Market Street, P.O. Box 080**<br>**Trenton, NJ 08625-0080** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**For noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.9 | **Office of the Attorney General**<br>**State of Georgia**<br>**40 Capitol Square NW**<br>**Atlanta, GA 30334** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**For noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.10 | **Secretary of State of Georgia**<br>**State of Georgia**<br>**214 State Capitol**<br>**Atlanta, GA 30334** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**For noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Stonebridge Golf Holdings LLC** Case number (if known)
Name

2.11 Priority creditor's name and mailing address
**State of New Jersey**
**Division of Taxation**
**PO Box 245**
**Trenton, NJ 08695-0245**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.12 Priority creditor's name and mailing address
**State of New Jersey**
**Division of Taxation - GIT**
**50 Barrack Street**
**PO Box 269**
**Trenton, NJ 08625**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.13 Priority creditor's name and mailing address
**State of New Jersey**
**Department of Labor**
**Division of Employer Accounts**
**PO Box 379**
**Trenton, NJ 08625-0059**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.14 Priority creditor's name and mailing address
**U.S. Department of Justice**
**Office of the United States Trustee**
**1 Newark Center**
**Newark, NJ 07102**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For noticing purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Stonebridge Golf Holdings LLC** Case number (if known)
Name

3.1 **Nonpriority creditor's name and mailing address**
**Academy Sports**
**1800 North Mason Road**
**ATTN: Legal/Bankruptcy Department**
**Katy, TX 77449**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
**ACC Distributors, Inc.**
**P.O. Box 439**
**Leesburg, GA 31763-0439**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
**Ace Hardware Corporation**
**2915 Jorie Blvd.**
**ATTN: Legal/Bankruptcy Department**
**Oak Brook, IL 60523**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
**Ag Nutrients**
**4524 Valnorth Drive**
**Valdosta, GA 31602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$5,101.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
**Alarms Etc.**
**210 Long Dirt Road**
**Leesburg, GA 31763**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
**Albany Auto Tirm**
**404 W. Roosevelt Ave.**
**Albany, GA 31701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**Albany Beverage Company**
**1208 Moultire Road**
**Albany, GA 31705**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Stonebridge Golf Holdings LLC** Case number (if known)
Name

3.8 **Nonpriority creditor's name and mailing address**
**Albany General Tire Services, Inc.**
**1006 W. Broad Avenue #1002**
**Albany, GA 31701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**AMJ Leasing, LLC**
**P.O. Box 26**
**Tifton, GA 31793**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
**Ashley's Business Solutions**
**2020 McCormick Dr.**
**Tifton, GA 31794**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
**Atkins Petroleum Company**
**307 E. Oglethorpe**
**Albany, GA 31705**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**Beard Equipment Company**
**701 Sandy Springs Rd.**
**Piedmont, SC 29673**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
**Berkely Management Protection**
**433 South Main Street**
**Suite 200**
**West Hartford, CT 06110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Beverage South**
**3900 Pecan Grove Ct.**
**Albany, GA 31701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Stonebridge Golf Holdings LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Buffalo Rock Co.**<br>**800 Lakeshore Parkway**<br>**ATTN: Legal/Bankruptcy Department**<br>**Birmingham, AL 35211**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Bulk Aggregate Supply, Inc.**<br>**2931 Paces Ferry Road SE**<br>**Atlanta, GA 30339**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,249.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Bulloch Fertilizer**<br>**205 W. Main Street**<br>**Statesboro, GA 30458**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,438.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Canon U.S.A., Inc.**<br>**One Canon Park**<br>**ATTN: Legal Division**<br>**Melville, NY 11747**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Central Pro Supply**<br>**3451 Val Del Road**<br>**Valdosta, GA 31602**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,455.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**City of Albany**<br>**222 Pine Ave.**<br>**Albany, GA 31701**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Cooks Appliance Service**<br>**1335 Highway 82 W.**<br>**Albany, GA 31707**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Stonebridge Golf Holdings LLC** Case number (if known)
Name

3.22 **Nonpriority creditor's name and mailing address**
**Dollar Tree, Inc.**
**500 Volvo Parkway**
**Chesapeake, VA 23320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
**Ewing Irrigation Products, Inc.**
**3441 E. Harbour Drive**
**ATTN: Legal/Bankruptcy Department**
**Phoenix, AZ 85034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,229.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
**Family Dollar Stores, Inc.**
**510 Volvo Parkway**
**Chesapeake, VA 23320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
**Footjoy**
**Acushnet Company**
**P.O. Box 965**
**Fairhaven, MA 02719**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
**Georgia Crown Distributing Co.**
**100 Georgia Crown Drive**
**McDonough, GA 30253**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.27 **Nonpriority creditor's name and mailing address**
**Graco Fertilizer Company**
**8 Alton Hall Road**
**Cairo, GA 39828**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**Harvey Drilling Corp.**
**1101 Williamsburg Road**
**Albany, GA 31705**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Stonebridge Golf Holdings LLC** Case number (if known)
Name

3.29 **Nonpriority creditor's name and mailing address**
**Home Depot**
**2455 Paces Ferry Road**
**ATTN: Legal/Bankruptcy Department**
**Atlanta, GA 30339**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
**J&J Aquatics Specialist, LLC**
**P.O. Box 3417**
**Lake City, FL 32056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$998.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
**John Deere Financial**
**6400 NW 86th Street**
**Johnston, IA 50131-6600**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**Jones Welding & Industrial Supplies, Inc**
**1359 Schley Ave.**
**P.O. Box 71826**
**Albany, GA 31708**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
**Leslie's, Inc.**
**2005 E. Indian School Road**
**ATTN: Legal/Bankruptcy Department**
**Phoenix, AZ 85016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
**Lopez Lawn Care**
**211 Pine Bluff Road**
**Albany, GA 31705**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**Lowe's Companies, Inc.**
**1000 Lowe's Blvd.**
**Mooresville, NC 28117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Stonebridge Golf Holdings LLC** Case number (if known)
Name

3.36 **Nonpriority creditor's name and mailing address**
**Mark's Greenhouse Nursery and Landscapin**
**2803 Wilmar Lane**
**Albany, GA 31707**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**Mediacom Communications Corporation**
**1 Mediacom Way**
**ATTN: Legal/Bankruptcy Department**
**Chester, NY 10918**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
**Modern Gas Company**
**1335 US-82**
**Leesburg, GA 31763**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
**O'Reilly Automotive, Inc.**
**233 S. Patterson Ave.**
**Springfield, MO 65802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$354.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
**PepsiCo, Inc.**
**700 Anderson Hill Road**
**ATTN: Legal/Bankruptcy Department**
**Purchase, NY 10577**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
**PNC Equipment Finance**
**655 Business Center Drive**
**ATTN: Legal/Bankruptcy Department**
**Horsham, PA 19044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
**Potter Motor Company**
**1502 E. Oglethorpe Blvd.**
**Albany, GA 31705**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Stonebridge Golf Holdings LLC** Case number (if known)
Name

3.43 **Nonpriority creditor's name and mailing address**
**Priority Pump, Inc.**
**205 Deer Run Dr.**
**Winder, GA 30680**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
**SafeAire Heating, Cooling, and Plumbing**
**3199 Palmyra Road**
**Albany, GA 31707**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
**Sam's West, Inc.**
**2101 SE Simple Savings Drive**
**ATTN: Legal/Bankruptcy Department**
**Bentonville, AR 72712**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
**Savannah Distributing Company**
**2860 Bankers Industrial Drive**
**ATTN: Legal/Bankruptcy Department**
**Atlanta, GA 30360**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.47 **Nonpriority creditor's name and mailing address**
**Staples, Inc.**
**500 Staples Drive**
**ATTN: Legal/Bankruptcy Department**
**Framingham, MA 01702**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.48 **Nonpriority creditor's name and mailing address**
**Sysco Corporation**
**1390 Enclave Parkway**
**ATTN: Legal/Bankruptcy Department**
**Houston, TX 77077-2099**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
**Walmart**
**1 Customer Drive**
**ATTN: Legal/Bankruptcy Department**
**Bentonville, AR 72716**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Stonebridge Golf Holdings LLC** Case number (if known)
Name

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Waters Agricultural Laboratories, Inc.**<br>**257 Newton Road**<br>**P.O. Box 382**<br>**Camilla, GA 31730** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Westover Lawn & Garden**<br>**500 S. Westover Blvd.**<br>**Albany, GA 31707** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **15,824.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **15,824.00** |

**Fill in this information to identify the case:**

Debtor name **Stonebridge Golf Holdings LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Stonebridge Golf Holdings LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Stonebridge Golf Holdings LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other ______ | **$538,358.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Bulloch Fertilizer**<br>**205 W. Main Street**<br>**Statesboro, GA 30458** | **April 14, 2026** | **$6,365.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor **Stonebridge Golf Holdings LLC** Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Chase Bank**<br>**270 Park Avenue**<br>**New York, NY 10017** | **April 17, 2026** | **$28,514.60** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **Chase Bank**<br>**270 Park Avenue**<br>**New York, NY 10017** | **May 18, 2026** | **$28,207.18** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Chase Bank**<br>**270 Park Avenue**<br>**New York, NY 10017** | **June 17, 2026** | **$25,920.97** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | **Chase Bank**<br>**270 Park Avenue**<br>**New York, NY 10017** | **April 13, 2026** | **$10,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | **Flint Heating and Cooling**<br>**1900 Ledo Road**<br>**Suite A**<br>**Albany, GA 31707** | **May 4, 2026** | **$5,999.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. | **Mitchell Electric Corporation**<br>**5807 Newton Road**<br>**Albany, GA 31721** | **May 1, 2026** | **$18,647.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |
| 3.8. | **Priority Pump, Inc.**<br>**205 Deer Run Dr.**<br>**Winder, GA 30680** | **June 18, 2026** | **$6,331.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. | **Travelers Bus Insurance**<br>**ATTN: Legal/Bankruptcy Department**<br>**One Tower Square**<br>**Hartford, CT 06183** | **April 16, 2026** | **$8,357.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |

Debtor **Stonebridge Golf Holdings LLC** Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **Wingate Land & Development, L.L.C.**<br>**4600 Gillionville Rd.**<br>**Albany, GA 31721** | **May 27, 2026** | **$9,340.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **Albany Dougherty Tax Department**<br>**Government Center**<br>**240 Pine Avenue**<br>**Albany, GA 31701** | **April 22, 2026** | **$48,895.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Property taxes** |
| 3.12. **Mitchell Electric Corporation**<br>**5807 Newton Road**<br>**Albany, GA 31721** | | **$20,162.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor’s direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor **Stonebridge Golf Holdings LLC** Case number *(if known)*

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Trenk Isabel Siddiqi & Shahdanian PC**<br>**290 W. Mount Pleasant Avenue**<br>**Livingston, NJ 07039** | | **July 2, 2026** | **$25,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**
**Umesh Goradia**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Inder Singh**<br>**3 Allison Way**<br>**Princeton, NJ 08540** | **June 13, 2025 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brijendera Singh** | **14 Normandy Parkway<br>Morristown, NJ 07960** | **Managing Member** | **25** |
| **Umesh Goradia** | **240 Midwood Way<br>Colonia, NJ 07067** | **Managing Member** | **25** |
| **VZETAERC, LCC** | **ATTN: Paru Gandhi<br>4 Beaverbrook Road<br>Suite 114<br>Lincoln Park, NJ 07035** | **Member** | **25** |
| **HPNB Investment, LLC** | **ATTN: Naresh Bhadiyadara and Hiren Patel<br>198 Orient Way<br>Rutherford, NJ 07070** | **Member** | **25** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor **Stonebridge Golf Holdings LLC** Case number *(if known)*

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 6, 2026**

**/s/ Brijendera Singh**
Signature of individual signing on behalf of the debtor

**Brijendera Singh**
Printed name

Position or relationship to debtor **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of New Jersey

In re **Stonebridge Golf Holdings LLC** Debtor(s) Case No. ______ Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Fees and expenses allowed by the Bankruptcy Court** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **Fees and expenses allowed by the Bankruptcy Court** |

2. The source of the compensation paid to me was:

☐ Debtor ☑ Other (specify): Umesh Goradia

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]

**General representation of the Debtor in this Chapter 11 case as set forth in the Application for Retention of Trenk Isabel Siddiqi & Shahdanian P.C. as counsel to the Debtor.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*Date*

**Richard D. Trenk**
*Signature of Attorney*
**Trenk Isabel Siddiqi & Shahdanian P.C.**
**290 W. Mt. Pleasant Avenue**
**Suite 2370**
**Livingston, NJ 07039**
**(973) 533-1000 Fax: (973) 533-1111**
**rtrenk@trenkisabel.law**
*Name of law firm*

# United States Bankruptcy Court
## District of New Jersey

In re **Stonebridge Golf Holdings LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brijendera Singh**<br>**14 Normandy Parkway**<br>**Morristown, NJ 07960** | | | **Member** |
| **HPNB Investment, LLC**<br>**ATTN: Naresh Bhadiyadara and Hiren Patel**<br>**198 Orient Way**<br>**Rutherford, NJ 07070** | | | |
| **Umesh Goradia**<br>**240 Midwood Way**<br>**Colonia, NJ 07067** | | | **Member** |
| **VZETAERC, LLC**<br>**ATTN: Paru Gandhi**<br>**4 Beaverbrook Road**<br>**Suite 114**<br>**Lincoln Park, NJ 07035** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 6, 2026**

Signature ***/s/* Brijendera Singh**
**Brijendera Singh**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of New Jersey**

In re **Stonebridge Golf Holdings LLC** Case No.
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 6, 2026**

**/s/ Brijendera Singh**
**Brijendera Singh**/**Member**
Signer/Title

Academy Sports
1800 North Mason Road
ATTN: Legal/Bankruptcy Department
Katy, TX 77449

ACC Distributors, Inc.
P.O. Box 439
Leesburg, GA 31763-0439

Ace Hardware Corporation
2915 Jorie Blvd.
ATTN: Legal/Bankruptcy Department
Oak Brook, IL 60523

Ag Nutrients
4524 Valnorth Drive
Valdosta, GA 31602

Alarms Etc.
210 Long Dirt Road
Leesburg, GA 31763

Albany Auto Tirm
404 W. Roosevelt Ave.
Albany, GA 31701

Albany Beverage Company
1208 Moultire Road
Albany, GA 31705

Albany General Tire Services, Inc.
1006 W. Broad Avenue #1002
Albany, GA 31701

AMJ Leasing, LLC
P.O. Box 26
Tifton, GA 31793

Ashley's Business Solutions
2020 McCormick Dr.
Tifton, GA 31794

Atkins Petroleum Company
307 E. Oglethorpe
Albany, GA 31705

Beard Equipment Company
701 Sandy Springs Rd.
Piedmont, SC 29673

Berkely Management Protection
433 South Main Street
Suite 200
West Hartford, CT 06110

Beverage South
3900 Pecan Grove Ct.
Albany, GA 31701

Buffalo Rock Co.
800 Lakeshore Parkway
ATTN: Legal/Bankruptcy Department
Birmingham, AL 35211

Bulk Aggregate Supply, Inc.
2931 Paces Ferry Road SE
Atlanta, GA 30339

Bulloch Fertilizer
205 W. Main Street
Statesboro, GA 30458

Canon U.S.A., Inc.
One Canon Park
ATTN: Legal Division
Melville, NY 11747

Central Pro Supply
3451 Val Del Road
Valdosta, GA 31602

City of Albany
222 Pine Ave.
Albany, GA 31701

Cooks Appliance Service
1335 Highway 82 W.
Albany, GA 31707

Division of Taxation
124 Halsey Street
2nd Floor
Newark, NJ 07102

Dollar Tree, Inc.
500 Volvo Parkway
Chesapeake, VA 23320

Ewing Irrigation Products, Inc.
3441 E. Harbour Drive
ATTN: Legal/Bankruptcy Department
Phoenix, AZ 85034

Family Dollar Stores, Inc.
510 Volvo Parkway
Chesapeake, VA 23320

Footjoy
Acushnet Company
P.O. Box 965
Fairhaven, MA 02719

Georgia Crown Distributing Co.
100 Georgia Crown Drive
McDonough, GA 30253

Georgia Department of Revenue
2595 Century Parkway
Atlanta, GA 30345

Graco Fertilizer Company
8 Alton Hall Road
Cairo, GA 39828

Harvey Drilling Corp.
1101 Williamsburg Road
Albany, GA 31705

Home Depot
2455 Paces Ferry Road
ATTN: Legal/Bankruptcy Department
Atlanta, GA 30339

Internal Revenue Service
Office of the Chief Counsel
1 Newark Center
Suite 1500
Newark, NJ 07102

Internal Revenue Service
Attn: District Director
955 S. Springfield Avenue
Springfield, NJ 07081

Internal Revenue Service
Special Procedures Branch
PO Box 744
Springfield, NJ 07081

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J&J Aquatics Specialist, LLC
P.O. Box 3417
Lake City, FL 32056

John Deere Financial
6400 NW 86th Street
Johnston, IA 50131-6600

Jones Welding & Industrial Supplies, Inc
1359 Schley Ave.
P.O. Box 71826
Albany, GA 31708

Lauren H. Williamson, Esq.
Hall & Williamson P.C.
216 North Westover Blvd.
P.O. Drawer 70639
Albany, GA 31708-0639

Leslie's, Inc.
2005 E. Indian School Road
ATTN: Legal/Bankruptcy Department
Phoenix, AZ 85016

Lopez Lawn Care
211 Pine Bluff Road
Albany, GA 31705

Lowe's Companies, Inc.
1000 Lowe's Blvd.
Mooresville, NC 28117

Mark's Greenhouse Nursery and Landscapin
2803 Wilmar Lane
Albany, GA 31707

Mediacom Communications Corporation
1 Mediacom Way
ATTN: Legal/Bankruptcy Department
Chester, NY 10918

Modern Gas Company
1335 US-82
Leesburg, GA 31763

New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

O'Reilly Automotive, Inc.
233 S. Patterson Ave.
Springfield, MO 65802

Office of the Attorney General
State of NJ Attn: Bankruptcy Department
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080

Office of the Attorney General
State of Georgia
40 Capitol Square NW
Atlanta, GA 30334

PepsiCo, Inc.
700 Anderson Hill Road
ATTN: Legal/Bankruptcy Department
Purchase, NY 10577

PNC Equipment Finance
655 Business Center Drive
ATTN: Legal/Bankruptcy Department
Horsham, PA 19044

Potter Motor Company
1502 E. Oglethorpe Blvd.
Albany, GA 31705

Priority Pump, Inc.
205 Deer Run Dr.
Winder, GA 30680

SafeAire Heating, Cooling, and Plumbing
3199 Palmyra Road
Albany, GA 31707

Sam's West, Inc.
2101 SE Simple Savings Drive
ATTN: Legal/Bankruptcy Department
Bentonville, AR 72712

Savannah Distributing Company
2860 Bankers Industrial Drive
ATTN: Legal/Bankruptcy Department
Atlanta, GA 30360

Secretary of State of Georgia
State of Georgia
214 State Capitol
Atlanta, GA 30334

Staples, Inc.
500 Staples Drive
ATTN: Legal/Bankruptcy Department
Framingham, MA 01702

State of New Jersey
Division of Taxation
PO Box 245
Trenton, NJ 08695-0245

State of New Jersey
Division of Taxation - GIT
50 Barrack Street
PO Box 269
Trenton, NJ 08625

State of New Jersey
Department of Labor
Division of Employer Accounts
PO Box 379
Trenton, NJ 08625-0059

Sysco Corporation
1390 Enclave Parkway
ATTN: Legal/Bankruptcy Department
Houston, TX 77077-2099

U.S. Department of Justice
Office of the United States Trustee
1 Newark Center
Newark, NJ 07102

Walmart
1 Customer Drive
ATTN: Legal/Bankruptcy Department
Bentonville, AR 72716

Waters Agricultural Laboratories, Inc.
257 Newton Road
P.O. Box 382
Camilla, GA 31730

Westover Lawn & Garden
500 S. Westover Blvd.
Albany, GA 31707

Wingate Land & Development, L.L.C.
P.O. Box 70024
Albany, GA 31708

# United States Bankruptcy Court
## District of New Jersey

In re **Stonebridge Golf Holdings LLC** Case No. ______
Debtor(s) Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Stonebridge Golf Holdings LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**HPNB Investment, LLC**
**ATTN: Naresh Bhadiyadara and Hiren Patel**
**198 Orient Way**
**Rutherford, NJ 07070**

**VZETAERC, LLC**
**ATTN: Paru Gandhi**
**4 Beaverbrook Road**
**Suite 114**
**Lincoln Park, NJ 07035**

☐ None [*Check if applicable*]

**July 6, 2026**
Date

**/s/ Richard D. Trenk**
**Richard D. Trenk**
Signature of Attorney or Litigant
Counsel for **Stonebridge Golf Holdings LLC**

**Trenk Isabel Siddiqi & Shahdanian P.C.**
**290 W. Mt. Pleasant Avenue**
**Suite 2370**
**Livingston, NJ 07039**
**(973) 533-1000 Fax:(973) 533-1111**
**rtrenk@trenkisabel.law**